UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Joseph Steele
_____

*(In the space above enter the full name(s) of the petitioner(s).)*

-against-

united States
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

RECEIVED
SDNY PRO SE OFFICE
2021 JAN -5  AM 10: 30

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: January 15, 2021
```

I, Joseph Steele, *(print or type your name)* am a party in this case and am unable to afford the services of an attorney. I hereby request the Court to grant my request for counsel to represent me in this proceedings.

1. In support of my application, I provide the following information:

   A. Explain why you feel you need a lawyer in this case. (Use additional paper if necessary)

   I am unable to respond to the Government responce in a timely matter due to my lack of knowledge of the Law

   B. Explain what steps you have taken to find an attorney and with what results. (Use additional paper if necessary)

   I asked my sister can she get me a Lawyer, when she went looking for one, it was to exspensive, I even asked friends & family to donate, but wasn't able to due to low in-come.

   C. If you need a lawyer who speaks in a language other than English, state what language you speak:

   _____

Rev. 10/2010

2. In further support of my application, I declare that (check appropriate box):

   ☐ I have previously filed a Request to Proceed *In Forma Pauperis* application in this proceeding, and it is a true and correct representation of my current financial status.

   ☐ I have not previously filed a Request to Proceed *In Forma Pauperis* in this proceeding, and now attach an original Request to Proceed *In Forma Pauperis* application detailing my financial status.

   ☐ I have previously filed a Request to Proceed *In Forma Pauperis* application in this proceeding, however, my financial status has changed. I have attached another Request to Proceed *In Forma Pauperis* application showing my current financial status.

3. I understand that if a lawyer volunteers to represent me and that lawyer learns that I can afford to pay for a lawyer, the lawyer may give this information to the Court.

4. I understand that if my answers on this application are false, my case may be dismissed.

5. **I declare under penalty of perjury that the foregoing is true and correct.**

Dated: Dec. 28, 2020                    Joseph Steele
                                        _____
                                        *Signature*

Rev. 10/2010

A. Explain why you feel you need a lawyer in this case

It would take me longer to do research and find case to support my argument compare to a lawyer who have first hand knowledge of the law.

Due to the covid-19 pandemic inmates are allow 2 hours out of the cell monday thru Friday and on saturday and sunday inmates are in they cell which put me in a bad position to do any research that is needed

I can't get the help I need with the law due to the fact I can't meet up with other inmate that can help me in certain areas of the Law because the School building is close where the Bb Law Library is located due the Corona Virus



Joseph Steele #73553054
F.C.I Hazelton
Po Box 5000
Bruceton Mill,
WV 26525

PITTSBURGH PA 150
29 DEC 2020 PM 3 L

RECEIVED
SDNY PRO SE OFFICE
2021 JAN -5 AM 10: 04

Pro se Intake Unit
500 Pearl Street, Room 200
New York, New York 10007

10007-131699

The Clerk of Court is hereby respectfully directed to send defendant Joseph Steele an application for in forma pauperis ("IFP") status. Once received, defendant Steele is directed to complete the application for IFP status and return it to the Clerk's Office.

SO ORDERED.

January 15, 2021
DATE



VICTOR MARRERO, U.S.D.J.